# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**VS.**                   **CASE NO. 4:05CV1094-GH**

**THOMAS SCOTT JONES**                                         **DEFENDANT**

## ORDER

On motion of plaintiff, the above-styled cause of action is hereby ORDERED dismissed with prejudice.

*[signature: George Howard, Jr.]*
U.S. DISTRICT JUDGE

Dated: <u>April 24, 2006</u>